

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF M. L. L., A CHILD, | § | No. 08-18-00144-CV |
| | § | Appeal from the |
| Appellant. | § | 143rd District Court |
| | § | of Ward County, Texas |
| | § | (TC# 17-04-24193-CVW) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's first motion for extension of time within which to file the brief until **November 3, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lilly A. Plummer, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 3, 2018.

IT IS SO ORDERED this 20th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.